| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>FOX, JAMES C. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, NC | 3. Date of Report<br><br>04/28/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>P.O. BOX 2143<br>WILMINGTON, NC 28402 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 1 |
| 2. | TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 2 |
| 3. | TRUSTEE | FOUNDATION # 1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 2 | A | Int./Div. | K | T | | | | | |
| 2. - AUTOMATIC DATA PROCESSING INC COMM | | | | | | | | | |
| 3. - CDK GLOBAL HOLDINGS LLC COMM | | | | | Sold | 11/18/15 | J | A | |
| 4. - MEDTRONIC COMM | | | | | Merged (with line 5) | 01/27/15 | J | | |
| 5. - MEDTRONIC PLC MDT COMM | | | | | Open | 01/27/15 | J | | |
| 6. - MICROSOFT CORP COMM | | | | | | | | | |
| 7. - PFIZER COMM | | | | | | | | | |
| 8. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 9. IRA # 1 | D | Int./Div. | M | T | | | | | |
| 10. - AT&T INC COMM | | | | | Sold (part) | 03/13/15 | J | | |
| 11. - COACH INC COMM | | | | | Buy (add'l) | 03/13/15 | J | | |
| 12. - VERIZON COMMUNICATIONS COMM | | | | | Sold (part) | 03/13/15 | J | | |
| 13. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 14. BROKERAGE # 1 (H) | | | | | | | | | |
| 15. - COACH INC COMM | B | Dividend | L | T | | | | | |
| 16. - EATON VANCE CAPITAL EXCHANGE FD MF | E | Dividend | P1 | T | | | | | |
| 17. - FEDERATED EQUITY INCM CL A MF | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | A | Interest | L | T | | | | | |
| 19. BROKERAGE # 2 (H) | | | | | | | | | |
| 20. - EATON VANCE CAPITAL EXCHANGE FD MF | E | Dividend | P1 | T | | | | | |
| 21. - FEDERATED EQUITY INCM CL A MF | D | Distribution | M | T | | | | | |
| 22. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | A | Interest | K | T | | | | | |
| 23. AT&T INC COMM #1 | A | Dividend | K | T | Buy | 10/26/15 | J | | |
| 24. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 25. | | | | | Buy (add'l) | 11/09/15 | J | | |
| 26. AT&T INC COMM #2 | A | Dividend | K | T | Buy | 10/05/15 | J | | |
| 27. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 28. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 29. CHESTNUT STREET EXCHANGE FUND MF # 1 | E | Dividend | O | T | | | | | |
| 30. INVESCO VAN KAMPEN EXCHANGE FUND MF # 1 | D | Dividend | L | T | | | | | |
| 31. CHESTNUT STREET EXCHANGE FUND MF # 2 | E | Dividend | O | T | | | | | |
| 32. INVESCO VAN KAMPEN EXCHANGE FUND MF # 2 | E | Dividend | N | T | | | | | |
| 33. CITIENERGY LLC | | None | J | T | | | | | |
| 34. AMERICAN ENERGY INCOME FUND LLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRUST # 1 | E | Int./Div. | O | T | | | | | NOTE A |
| 36. - AIM GRWTH SER INVESCO GRWTH SER MF | | | | | Sold (part) | 03/10/15 | J | A | |
| 37. | | | | | Sold (part) | 06/25/15 | J | A | |
| 38. - CALAMOS INVT TR NEW MARKET NEUTRAL INCM FUND CL I MF | | | | | | | | | |
| 39. - DBX EFT TR X-TRACKERS MSCI EAFEHEDGED EQUITY FUND MF | | | | | Buy | 02/12/15 | K | | |
| 40. - DODGE & COX INCOME FUND MF | | | | | Buy (add'l) | 06/25/15 | J | | |
| 41. - DODGE & COX INTERNATIONAL MF | | | | | Sold (part) | 02/10/15 | J | D | |
| 42. - EXXON MOBILE CORP COMM | | | | | | | | | |
| 43. - FOWARD FUNDS FRONTIER MARKETSTRAT FUND INSTL MF | | | | | | | | | |
| 44. - GOLDMAN SACHS TR EMERG MKTS DEBT FUND INST MF | | | | | Buy | 01/22/15 | J | | |
| 45. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 46. - HEARTLAND VALUE PLUS INST MF | | | | | Sold | 05/26/15 | K | | |
| 47. - ISHARES TR RUSSELL 2000 GRWTH INDEX FUND MF | | | | | Sold (part) | 10/05/15 | J | B | |
| 48. - JP MORGAN MC VALUE INSTL MF | | | | | Sold (part) | 04/14/15 | J | A | |
| 49. - LOOMIS SAYLES BOND FUND INST MF | | | | | Sold (part) | 05/15/15 | J | | |
| 50. - MATTHEWS ASIA PACIFIC DIVIDEND FD MF | | | | | Sold (part) | 02/10/15 | J | C | |
| 51. | | | | | Sold (part) | 04/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - OPPENHEIMER DEVELOPING MARKETS FUNDS CL I MF | | | | | | | | | |
| 53. - OPPENHEIMER INTL SMALL CO FUND CL I MF | | | | | Sold (part) | 04/14/15 | J | A | |
| 54. - OPPENHEIMER SR FLOATING RATE FD CL I MF | | | | | Sold (part) | 06/25/15 | J | | |
| 55. - PIMCO EMERGING MARKETS BOND FUND MF | | | | | Sold | 01/07/15 | J | C | |
| 56. - PIMCO FOREIGN BOND FUND INST MF | | | | | Buy | 01/21/15 | J | | |
| 57. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 58. - PIMCO HIGH YIELD FUND MF | | | | | Sold | 06/25/15 | J | A | |
| 59. - PIMCO LOW DURATION FUND MF | | | | | Sold | 01/28/15 | K | | |
| 60. - PRUDENTIAL JENNISON MID CAP GROWTH FD INC CL Z MF | | | | | Sold (part) | 04/14/15 | J | A | |
| 61. - PRUDENTIAL SHORT TERM CORPORATE BOND FD MF | | | | | | | | | |
| 62. - SALIENT MF TR SALIENT MLP ENERGYINFRASTRUCTURE FUND Ii CL I MF | | | | | | | | | |
| 63. - SIT US GOVERNMENT SECURITIES FUND MF | | | | | Buy | 01/29/15 | K | | |
| 64. - TOUCHSTONE STRATEGIC TR SM CAP VALUE MF | | | | | Buy | 05/28/15 | K | | |
| 65. - VOYA EQUITY TR REAL ESTATE FUND CL I MF | | | | | Buy (add'l) | 06/25/15 | K | | |
| 66. - WELLS FARGO ADVISORS INTRINSIC VALUE FUND MF | | | | | Sold (part) | 06/25/15 | J | D | |
| 67. - WELLS FARGO FDS TR LC GROWTH FDINSTL MF | | | | | Sold (part) | 06/25/15 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - PRIME CASH OBLIGATIONS FUND M/M | | | | | | | | | |
| 69. TRUST # 2 | E | Int./Div. | O | T | | | | | NOTE B |
| 70. - AIM GRWTH SER INVESCO GRWTH SER MF | | | | | Sold (part) | 06/25/15 | K | B | |
| 71. - CALAMOS INVT TR NEW MARKET NEUTRAL INCM FD CL I MF | | | | | | | | | |
| 72. - COLUMBIA INCOME FUND MF | | | | | Buy (add'l) | 02/18/15 | J | | |
| 73. - DBX EFT TR X-TRACKERS MSCI EAFEHEDGED EQUITY FUND MF | | | | | Buy | 02/12/15 | K | | |
| 74. - DODGE & COX INTNL FUND MF | | | | | Sold (part) | 02/10/15 | K | D | |
| 75. - FORWARD FUNDS MARKETSTRAT FUND INSTLCL MF | | | | | | | | | |
| 76. - GOLDMAN SACHS TR EMERGING MKTS DEBT FUND INSTL MF | | | | | Buy | 01/22/15 | J | | |
| 77. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 78. - GUGGENHHEIM FDS TR TOTAL RETURN BD FD INSTL MF | | | | | Buy | 06/25/15 | K | | |
| 79. - HARBOR CAPITAL APPRECIATION FD MF | | | | | | | | | |
| 80. - HEARTLAND VALUE PLUS INST MF | | | | | Sold | 05/28/15 | K | B | |
| 81. - ISHARES TR RUSSELL 2000 GRWTH INDES MF | | | | | Sold (part) | 06/29/15 | J | C | |
| 82. - JP MORGAN MC VALUE INSTL MF | | | | | Buy (add'l) | 06/25/15 | J | | |
| 83. - LOOMIS SAYLES BOND FUND INSTL MF | | | | | | | | | |
| 84. - MATTHEWS ASIA PACIFIC DIVIDEND FD MF | | | | | Sold (part) | 02/10/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. - NUVEEN FLAGSHIP NC MUNI BOND FD MF | | | | | Sold (part) | 06/25/15 | K | B | |
| 86. - OPPENHEIMER DEVELOPING MKTS FDS CL I MF | | | | | | | | | |
| 87. - OPPENHEIMER INTL SMALL CO FUND CL I MF | | | | | | | | | |
| 88. - OPPENHEIMER SR FLOATING RATE FD CL I MF | | | | | | | | | |
| 89. - PARNASSUS EQUITY INCOME FUND MF | | | | | Buy (add'l) | 02/18/15 | J | | |
| 90. | | | | | Sold (part) | 06/25/15 | J | | |
| 91. - PIMCO EMERGING MARKETS BOND FUND MF | | | | | Sold | 01/07/15 | K | C | |
| 92. - PIMCO FOREIGN BOND FUND INST MF | | | | | Buy | 01/21/15 | J | | |
| 93. | | | | | Buy (add'l) | 06/25/15 | K | | |
| 94. - PIMCO LOW DURATION FUND MF | | | | | Sold | 01/28/15 | K | | |
| 95. - PROSHRS TR MORNINGSTAR ALTERNATIVESOLUTION ETF MF | | | | | Buy | 06/29/15 | K | | |
| 96. - PRUDENTIAL JENNISON MID CAP GROWTH FD INC CL Z MF | | | | | Buy (add'l) | 06/25/15 | J | | |
| 97. - PRUDENTIAL SHORT TERM CORPORATE BOND FD MF | | | | | Buy (add'l) | 06/25/15 | J | | |
| 98. - SALIENT MF TR SLAIENT MLP & ENERGYINFRASTRUCTURE FD Ii CL I MF | | | | | | | | | |
| 99. - SIT US GOVERNMENT SECURITIES FUND MF | | | | | Buy | 01/29/15 | K | | |
| 100. - TOUCHSTONE STRATEGIC SM CAP VALUE MF | | | | | Buy | 05/28/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. - T ROWE PRICE REAL ESTATE FD MF | | | | | Sold (part) | 06/25/15 | K | D | |
| 102. - VOYA MUT FUNDS INTL REAL ESTATE FUND CL I MF | | | | | | | | | |
| 103. - VOYA FUNDS TR GNMA INCOME FD CL I MF | | | | | Buy | 06/25/15 | K | | |
| 104. - WELLS FARGO ADVISORS INTRINSIC VALUE FUND MF | | | | | Sold (part) | 02/18/15 | J | | |
| 105. | | | | | Sold | 06/25/15 | L | E | |
| 106. - PRIME CASH OBLIGATIONS FUND M/ M | | | | | | | | | |
| 107. FOUNDATION # 1 | E | Dividend | O | T | | | | | NOTE C |
| 108. - AT&T INC COMM | | | | | | | | | |
| 109. - ABBOTT LABORATORIES COMM | | | | | | | | | |
| 110. - ABBVIE INC COMM | | | | | | | | | |
| 111. - BAXALTA INC COMM | | | | | Spinoff (from line 113) | 07/01/15 | J | | |
| 112. | | | | | Sold | 09/21/15 | J | D | |
| 113. - BAXTER INTERNATIONAL INC COMM | | | | | Sold | 09/21/15 | J | C | |
| 114. - BB&T CORP COMM | | | | | | | | | |
| 115. - BP AMOCO COMM | | | | | | | | | |
| 116. - CHEVRON CORPORATION COMM | | | | | | | | | |
| 117. - COACH INC COMM | | | | | Buy | 03/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. - DUKE ENERGY CORP NEW COMM | | | | | | | | | |
| 119. - EMERSON ELECTRIC CO COMM | | | | | Buy | 09/21/15 | J | | |
| 120. - EXXON MOBIL CORP COMM | | | | | | | | | |
| 121. - IBM COMM | | | | | | | | | |
| 122. - ILLINOIS TOOL WORKS INC COMM | | | | | Buy | 09/21/15 | J | | |
| 123. - INTEL CORP COMM | | | | | | | | | |
| 124. - JOHNSON & JOHNSON COMM | | | | | | | | | |
| 125. - MCDONALDS CORP COMM | | | | | | | | | |
| 126. - NUVEEN MULTI-STRATEGY INCOME & GRTH FUND MF | | | | | | | | | |
| 127. - PFIZER INC COMM | | | | | | | | | |
| 128. - PIEDMONT NATURAL GAS COMM | | | | | Sold (part) | 03/13/15 | J | C | |
| 129. - QUALCOMM INC COMM | | | | | | | | | |
| 130. - SCANNA CORP COMM | | | | | Sold (part) | 03/13/15 | J | B | |
| 131. - SPECTRA ENERGY CORP COMM | | | | | | | | | |
| 132. - VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 133. - WELLS FARGO CO COMM | | | | | | | | | |
| 134. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 04/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE A - Under the distributive provisions of the Tust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of the Tust # 2, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated for charitable, religious, scientific and educational purposes. The assets of the trust approximated $550,745 at December 31, 2015.

NOTE D - Abbreviations used in the descriptions of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES C. FOX**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544